[No. 60769-3-I.   Division One.   January 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY N. LINERUD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03157-6, Cheryl B. Carey, J., entered October 8, 2007. *Remanded* by unpublished opinion per Agid, J. Pro Tem., concurred in by Grosse and Lau, JJ.

[Nos. 62234-0-I; 62236-6-I.   Division One.   January 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY WILLS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-04149-9, Suzanne M. Barnett, J., entered August 1, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Leach, JJ.

[No. 62537-3-I.   Division One.   January 4, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH A. KORTUS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00957-3, John M. Meyer, J., entered October 9, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Dwyer, A.C.J., and Grosse, J.